

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00819-CR

Denys A. **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR12834
Honorable Jennifer Pena, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 27, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice